FILED

SEP 23 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) | Case No.  13 CR 1128 (13) BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO RELEASE THE POLICE REPORT |
| ANDY ESPINOZA, | ) | |
| Defendant. | ) | |

TO: UNITED STATES PROBATION OFFICE

GOOD CAUSE APPEARING, it is hereby ordered the United States Probation Office release Chula Vista Police Report No. 2010665 and any related documents to Kathryn A. Thickstun, counsel for Mr. Espinoza, and the United States Attorney's Office, through AUSA Fred Sheppard, by making a copy of the report available to each party.

SO ORDERED:

Date: 9/11/2020

HON. ROGER T. BENITEZ
United States District Court

1